# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BOBBY GENE ELLIS, JR**                                             **PETITIONER**
**REG #14746-010**

v.                      **CASE NO. 2:22-cv-00010-BSM**

**JOHN P. YATES**                                                           **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 11] is adopted. Bobby Ellis's habeas petition [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE