# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**BOBBY GENE ELLIS, JR**  **PETITIONER**
**REG #14746-010**

v.            CASE NO. 2:22-cv-00010-BSM

**JOHN P. YATES**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 28th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE